AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
SEP -3 2019
CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:19-mj- 277.JHR
Information associated with Facebook usernames )
facebook.com/livi.saige and /mcmahonlonnie )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Information associated with Facebook usernames facebook.com/livi.saige and /mcmahonlonnie

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B to Affidavit of Special Agent Kevin J. Connelly, attached hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(i) | Malicious Destruction of Property Used in Interstate Commerce by Fire |

The application is based on these facts:

See attached Affidavit of Special Agent Kevin J. Connelly

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kevin J. Connelly, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___09/03/2019___

_____
*Judge's signature*

City and state: Portland, Maine

John H. Rich III, U.S. Magistrate Judge
*Printed name and title*